0



# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

    vs.

SAVANNAH PUCCIO

    Defendant.

Case No.: CR 18-292-DMG

ORDER OF DETENTION AFTER HEARING
[Fed.R.Crim.P. 32.1(a)(6);
18 U.S.C. 3143(a)]

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central Dist., CA    for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

    The Court finds that:

A.   ☒  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on allegations of absconding + no efforts to contact prob officer since warrant issued, drug use

1 _____

2 _____

3 _____

4 and/or

5 B.  (  )  The defendant has not met his/her burden of establishing by

6 clear and convincing evidence that he/she is not likely to pose

7 a danger to the safety of any other person or the community if

8 released under 18 U.S.C. § 3142(b) or (c).  This finding is based

9 on:_____

10 _____

11 _____

12 _____

13

14 IT THEREFORE IS ORDERED that the defendant be detained pending

15 the further revocation proceedings.

16

17 Dated:  ___6|8|2022___

18

19 _____

20 UNITES STATES MAGISTRATE JUDGE

21 PAUL L. ABRAMS

22

23

24

25

26

27

28